# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5168**

**September Term, 2014**
FILED ON: NOVEMBER 14, 2014

ALAN GROSS AND JUDITH GROSS,
        APPELLANTS

v.

UNITED STATES OF AMERICA,
        APPELLEE

**MANDATE**

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-01860)

Before: HENDERSON, ROGERS and KAVANAUGH, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Jennifer M. Clark
        Deputy Clerk

Date: November 14, 2014

Opinion for the court filed by Circuit Judge Rogers.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk